## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

VALERIE IVEY,

       Plaintiff,

v.

Case No. 1:15-CV-03541-ELR-GGB

APPFOLIO, INC.

       Defendant.

## NOTICE OF SETTLEMENT

Plaintiff Valerie Ivey and Defendant AppFolio, Inc., by their attorneys,

hereby provide notice of settlement of this action and state the following:

1.      On February 3, 2016, the parties reached a settlement in principle.

2.      The parties are currently finalizing the form and content of the

settlement agreement.  The parties respectfully request 30 days to finalize the

settlement agreement.  At or before the end of the 30 day time period, the parties

intend to file with the Court formal documentation terminating this action.

Jointly and respectfully submitted,

VALERIE IVEY

By *s/ Jeffrey Sand*_____
    Andrew L. Weiner
    Georgia Bar No. 808278
    Jeffrey B. Sand
    Georgia Bar No. 181568
    THE WEINER LAW FIRM LLC
    3525 Piedmont Road
    7 Piedmont Center, 3rd Floor
    Atlanta, GA 30305
    (404) 205-5029 (phone)
    (866) 800-1482 (fax)
    aw@atlantaemployeelawyer.com
    js@atlantaemployeelawyer.com
    *filed with express permission*

APPFOLIO, INC.

By *s/ Diana S. Kim*_____
    Diana S. Kim
    Georgia Bar No. 431626
    dkim@seyfarth.com
    SEYFARTH SHAW LLP
    1075 Peachtree Street, N.E.
    Suite 2500
    Atlanta, Georgia 30309-3958
    Telephone: (404) 885-1500
    Facsimile: (404) 892-7056

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| VALERIE IVEY, | |
| Plaintiff, | |
| v. | Case No. 1:15-CV-03541-ELR-GGB |
| APPFOLIO, INC. | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2016, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

> Jeffrey B. Sand
> The Weiner Law Firm, LLC
> 3rd Floor
> 3525 Piedmont Road
> 7 Piedmont Center
> Atlanta, Georgia 30305

> *s/ Diana S. Kim*
> Diana S. Kim
> Georgia Bar. No 431626
> *Attorney for Defendant*